UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  MAC-JGC MARKETING, INC.                          CIVIL ACTION

                                                          NO.  07-2885

                                                          SECTION  "N"  (5)

                                                          Bankruptcy No. 05-11362  "B"
                                                          Adversary No. 06-1018

## ORDER AND REASONS

Before the Court is the appeal of debtor, MAC-JGC Marketing, Inc. ("MAC-JGC"), from

the Judgment of the Bankruptcy Court dated April 12, 2007.  The Bankruptcy Court ordered that J.

R. Poole Companies, Inc. ("Poole") turn over funds to the debtor-in-possession MAC-JGC in the

amount of $997.90 on the $150,000 promissory note; and further ordered that, after having found

that Poole had been regularly making payments to the debtor-in-possession on a $375,000

promissory note since the Court issued its ruling on April 4, 2005 on BellSouth's motion to prohibit

the use of cash collateral, determining that the question of whether these funds are property of the

estate subject to turnover is moot.

1

The Court has reviewed the Bankruptcy Court record transcript of proceedings held on November 20, 2006, and exhibits introduced into evidence with such testimony, the briefs of the parties herein, and the Memorandum Opinion of the Bankruptcy Court dated April 12, 2007.  For substantially the same reasons reflected in the Memorandum Opinion of the Bankruptcy Court dated April 12, 2007, the Judgment of the Bankruptcy Court is **AFFIRMED**.

New Orleans, Louisiana, this  17th  day of October, 2007.

_____
**KURT D. ENGELHARDT**
**United States District Judge**